# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | : | **CRIMINAL NO. 1:10-CR-168** |
| | : | |
| v. | : | **(Judge Conner)** |
| | : | |
| **THU LOAN TRAN-NGO** | : | |

## FINAL ORDER OF FORFEITURE

Upon the proceedings had heretofore and the Motion of the United States of America, the Court finds:

A Preliminary Order of Forfeiture was entered by this Court ordering the defendant to forfeit:

a) all real estate, including all buildings, fixtures and permanent improvements located at 13th and Derry Streets in Harrisburg, Pennsylvania, more particularly described as D's Lucky Bar (Parcel Number 02-012-011, 1257-59 Derry Street, Harrisburg, Pennsylvania); and

b) Pennsylvania Liquor License Identification # 53873. All personal service was completed and notice of the Preliminary Order of Forfeiture was published on the government's internet forfeiture website. All persons claiming an interest in the above-described property were required to file their claims with the Clerk of Court not later than 30 days after the date of final publication of notice.

A Petition to Adjudicate Third Party Interests was filed by claimants Khang D. Phuong, Hein T. Nguyen, Quoc Ngo, and Phuong Tran. Those claimants, however, have withdrawn their petitions. No further petitions were filed within the thirty-day period required by 21 U.S.C. § 853(n)(2). Therefore, any other third-party interests are barred by failure of those parties to file a timely petition.

NOW, THEREFORE, upon motion of the United States of America for Final Order of Forfeiture, it is hereby ORDERED that:

1) All right, title and interest in the above-described property is hereby condemned, forfeited and vested in the United States of America, and shall be disposed of according to law;

2) The United States is entitled to its costs herein;

3) This Court shall retain jurisdiction in the case for the purpose of enforcing this Order; and

4) The Clerk is hereby directed to send attested copies of this Order to all counsel of record.

Dated this 27th day of February, 2012.

   S/ Christopher C. Conner
CHRISTOPHER C. CONNER
United States District Judge